IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KARISSA KOCJANCIC,** *Plaintiff* | **CIVIL ACTION** |
| | **NO. 14-4037** |
| v. | |
| **BAYVIEW ASSET MANAGEMENT, LLC** *Defendant* | |

## ORDER

**AND NOW,** this 6th day of November 2014, upon consideration of Defendant's *motion to compel arbitration and stay proceedings*, [ECF 4], Plaintiff's opposition thereto, [ECF 9], and Defendant's reply, [ECF 13], it is hereby **ORDERED**, for the reasons set forth in the accompanying memorandum opinion, that the motion is **GRANTED**, and this action is **STAYED** pending the completion of the arbitration proceedings.

The Clerk of Court is directed to place this matter in civil suspense.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.