**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KARISSA KOCJANCIC, On Behalf of Herself and All Other Similarly Situated Employees,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BAYVIEW ASSET MANAGEMENT, LLC,<br><br>　　　　　　Defendant. | :<br>:<br>:　No.: 2:14-cv-04037-NIQA<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated by and between counsel for Plaintiff Karissa Kocjancic and Defendant Bayview Asset Management, LLC, that this action is dismissed with prejudice after referral to individual arbitration. Specifically, the parties have reached a fair and reasonable compromise of disputed claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et. Seq.,* Pennsylvania Minimum Wage Act, 43 Pa. Stat. Ann. §333.103 *et. Seq*. and the Pennsylvania Wage Payment and Collection Law, 43 Pa. C.S.A. § 260.1 *et seq*. Except as otherwise agreed, the parties shall bear their own fees and costs.

**[SIGNATURES ON FOLLOWING PAGE]**

Dated: April 30, 2018                          Stipulated and Agreed:

/s/ *Gerald D. Wells, III*                     /s/  *James N. Boudreau*
Gerald D. Wells, III                           James N. Boudreau
Robert J. Gray                                 GREENBERG TRAURIG, LLP
CONNOLLY WELLS & GRAY, LLP                     2001 Market St
2200 Renaissance Boulevard, Suite 275          Philadelphia, PA  19103
King of Prussia, PA  19406                     Telephone:  (215) 988-7833
Telephone: (610) 822-3700                      Facsimile: (215) 717-5209
Facsimile: (610) 822-3800                      boudreauj@gtlaw.com
gwells@cwglaw.com
rgray@cwglaw.com


**IT IS SO ORDERED.**


DATE: _____              _____
                                           Hon. Nitza I. Quiñones Alejandro
                                           United States District Judge